1 | Deborah A. Klar, Esq. (SBN: 124750)
    dklar@linerlaw.com
2 | Deepa Krishnan, Esq. (SBN: 228664)
    dkrishnan@linerlaw.com
3 | LINER YANKELEVITZ
    SUNSHINE & REGENSTREIF LLP
4 | 1100 Glendon Avenue, Fourteenth Floor
    Los Angeles, California 90024-3503
5 | Telephone:  (310) 500-3500
    Facsimile:   (310) 500-3501
6 |
7 | Attorneys for Plaintiff and Counterdefendant
    CAPTIVE MEDIA, INC.
8 | John E. Walker, Esq. (SBN: 166270)
    JWalker@Sonnenschein.com
9 | SONNENSCHEIN NATH & ROSENTHAL LLP
    601 South Figueroa Street, Suite 1500
10 | Los Angeles, California 90017-5704
    Telephone:  (213) 623-9300
11 | Facsimile:   (213) 623-9924
         and
12 | Martin J. Schwartz, Esq. (*Admitted Pro Hac Vice*)
    MSchwartz@Sonnenschein.com
13 | SONNENSCHEIN NATH & ROSENTHAL LLP
    1221 Avenue of the Americas
14 | New York, New York 10020-1089
    Telephone:  (212) 768-6700
15 | Facsimile:   (212) 768-6800
16 | Attorneys for Defendant and Counterclaimant
    ZOOM MEDIA CORP.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPTIVE MEDIA, INC., <br><br>      Plaintiff, <br><br>   vs. <br><br> ZOOM MEDIA CORPORATION, <br><br>      Defendant. <br><br>———————————————— <br><br> ZOOM MEDIA CORPORATION, <br><br>      Counterclaimant, <br>   vs. <br><br> CAPTIVE MEDIA, INC., <br><br>      Counterdefendant. | Case No. 06-CV-00419 MMM (JTLx) <br><br> [Assigned for all purposes to Honorable Margaret M. Morrow], Courtroom 760 <br><br> **STIPULATION OF DISMISSAL OF COMPLAINT AND COUNTERCLAIMS** <br><br> [Fed. R. Civ. P. 41(a)(1) and (c)] |



Case No. 06-CV-00419 MMM (JLTx)
STIPULATION OF DISMISSAL

0025009/002/ 309022v01

1   WHEREAS, Captive Media, Inc. ("Captive") filed a complaint against Zoom
2   Media Corp. ("Zoom") in this action on or about January 23, 2006 (the "Complaint");
3   WHEREAS, Zoom filed counterclaims against Captive in this action on or
4   about February 13, 2006 (the "Counterclaims");

6   IT IS HEREBY STIPULATED AND AGREED by and between the parties to
7   this action, by and through their attorneys of record, that this entire action, including
8   but not limited to the Complaint, Counterclaims, and all defenses asserted, be
9   dismissed without prejudice pursuant to Fed. R. Civ. Proc. §§ 41(a)(1) and (c).

Dated: June 8, 2006                LINER YANKELEVITZ SUNSHINE &
                                   REGENSTREIF LLP

                                   By: _____
                                   Deborah A. Klar, Esq.
                                   Deepa Krishnan, Esq.
                                   Attorneys for Plaintiff and
                                   Counterdefendant
                                   CAPTIVE MEDIA, INC.

Dated: June 8, 2006                SONNENSCHEIN NATH & ROSENTHAL
                                   LLP

                                   By: _____
                                   John E. Walker, Esq.
                                   Martin J. Schwartz, Esq.
                                   (Admitted Pro Hac Vice)
                                   Attorneys for Defendant and
                                   Counterclaimant
                                   ZOOM MEDIA CORP.

IT IS SO ORDERED
Dated __JUNE 9, 2006__

_____
United States District Judge

---

2                               Case No. 06-CV-00419 MMM (JLTx)
STIPULATION OF DISMISSAL

0025009/002/ 309022v01

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is:

**LINER YANKELEVITZ SUNSHINE & REGENSTREIF**
1100 Glendon Avenue, Fourteenth Floor
Los Angeles, California 90024-3503

On June 8, 2006, I served the within document(s) described as:

**STIPULATION OF DISMISSAL OF COMPLAINT AND COUNTERCLAIMS**

on the interested parties in this action as stated below:

| *Attorneys for Defendant and Counterclaimant Zoom Media Corp.* | *Attorneys for Defendant and Counterclaimant Zoom Media Corp.* |
|---|---|
| John E. Walker, Esq.<br>**SONNENSCHEIN NATH & ROSENTHAL LLP**<br>601 South Figueroa Street<br>Suite 1500<br>Los Angeles, California 90017-5704<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924<br>E-Mail: JWalker@Sonnenschein.com | Martin J. Schwartz, Esq.<br>**SONNENSCHEIN NATH & ROSENTHAL LLP**<br>1221 Avenue of the Americas<br>New York, New York 10020-1089<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>E-Mail: MSchwartz@Sonnenschein.com |

☒ **BY MAIL**: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 1100 Glendon Avenue, Fourteenth Floor, Los Angeles, California 90024, with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Liner Yankelevitz Sunshine & Regenstreif, 1100 Glendon Avenue, Fourteenth Floor, Los Angeles, California 90024.

☒ **BY FACSIMILE**: I sent via facsimile a copy of said document(s) to the above-referenced addressee(s) at the above-referenced number(s) in accordance with the written confirmation of counsel in this action.

☐ [State]    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 8, 2006, at Los Angeles, California.

CHRISTINE C. LOUI

1

0025009/002/ 309888v01